**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 - Telephone
831.585.1024 - Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

GUERRERO, Emilio

GUERRERO, Herlinda

    Debtor(s)
_____/

Case No: 18-50823 MEH
Chapter 13

**DEBTORS' OPPOSITION TO MOTION TO DISMISS PRE-CONFIRMATION PURSUANT TO 11 U.S.C. §1307(c)(1) AND REQUEST FOR HEARING**

Date: TBD
Time: TBD
Place: TBD
Judge: Honorable M. Elaine Hammond

    Debtors, Emilio and Herlinda Gurrero, by and through their attorney of record Jason Vogelpohl, submits that they filed their Chapter 13 Bankruptcy in good faith and that their Chapter 13 Bankruptcy case should not be dismissed pursuant to 11 U.S.C. §1307(c)(1). Debtors originally filed for relief under Chapter 13 of the United States Bankruptcy Code on April 13, 2018 in order to prevent the foreclosure of their home. Further, Debtors filed in order to repay secured and priority tax debt and to resolve approximately $203,000.00 in general unsecured debt.

//

//

The Chapter 13 Trustee filed a Second Amended Objection to confirmation on June 26, 2018 for the following reasons:

1. Allege violation of 11 U.S.C. Section 1322(d) in that the term of Debtors' Plan exceeds 60 months.

2. Request an Amended Plan be filed to indicate in Section 3.05 whether attorney's fees will be paid through the pre-approved fees or via an application pursuant to 11 U.S.C. Sections 329 and 330.

3. Violation of 11 U.S.C. Section 1325(a)(5) as Debtors listed Leading Edge Recovery Solutions and Target Nb without complete addresses.

4. Request Debtors continue to provide copies of any Federal and State Income Tax Returns, along with supporting documentation, to the Trustee while their case is pending confirmation.

5. The Trustee averred she was unable to determine compliance with 11 U.S.C. Section 1325(a)(5) as the Internal Revenue Service filed a claim for secured, priority and general unsecured tax debt. The Trustee requested an Amended Plan be filed to provide for the secured tax claim.

6. The Internal Revenue Services' claim has been omitted from Section 3.12 of Debtors' Plan. The Trustee request an Amended Plan be filed.

7. The Trustee avers she is unable to determine compliance with 11 U.S.C. Section 1325(a)(5) as a claim by U.S. Bank Trust National Association was filed which provides for arrears of $53,002.80. An Amended Plan is required to provide for such arrears.

//

//

Counsel is currently working with Debtors on a resolution to the Trustee's Objection. Debtors plan to sell their real property in order to pay off their Chapter 13 Bankruptcy case; however amendments must be filed to properly provide for such. Counsel expects the necessary amendments will be filed within the next ten (10) days.

Debtors, through counsel, respectfully requests that a hearing on the Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307(c)(1) be scheduled, or in the alternative such Motion be withdrawn.

Date: October 1, 2018

/s/ Jason Vogelpohl #252407
JASON VOGELPOHL, ESQ.
Attorney for Debtor(s)